# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Jan 09, 2018**

SEAN F. McAVOY, CLERK

MATTHEW FRANZINO BOLAR,

*Plaintiff*

v.

DAN PACHOLKE, ROBERT HERZOG, ROY GONZALEZ, DONALD HOLBROOK, SHERI HALL, SERGEANT WALKER, J. ROBERTS, and DOUGLAS CARR,

*Defendant*

Civil Action No. 4:16-CV-05129-SAB

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: The Second Amended Complaint, both ECF Nos. 29 and 30, is DISMISSED for failure to state a claim upon which this Court can grant relief. 28 U.S.C. 1915(e)(2) and 1915A(b)(1). The dismissal is without prejudice to Plaintiff pursuing a claim in state court.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Stanley A. Bastian.

Date: 1/9/2018

*CLERK OF COURT*

SEAN F. McAVOY

s/ Lennie Rasmussen
*(By) Deputy Clerk*

Lennie Rasmussen